| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915 |
|   | FAX: (415) 436-6927 |
| 7 |   |
|   | Attorneys for Defendants |
| 8 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| TERESITA BORJA, | ) | |
| | ) | No. C 07-5353 WDB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DECLINATION TO PROCEED BEFORE** |
| | ) | **A MAGISTRATE JUDGE AND** |
| GERARD HEINAUER, Director, USCIS | ) | **REQUEST FOR REASSIGNMENT TO A** |
| Nebraska Service Center; | ) | **UNITED STATES DISTRICT JUDGE** |
| EMILIO T. GONZALEZ Director, USCIS, | ) | |
| U.S. Citizenship and Immigration Services; | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland Security; | ) | |
| ROBERT S. MUELLER, Director, | ) | |
| Federal Bureau of Investigations; | ) | |
| PETER D. KEISLER, Acting U.S. Attorney | ) | |
| General, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants in the above-captioned civil matter hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby request the reassignment of this case to a United States District Judge.

///

///

Declination to Proceed Before a Magistrate Judge
C 07-5353 WDB                                      1

| | |
|---|---|
| Dated: January 9, 2008 | Respectfully submitted,<br><br>JOSEPH P. RUSSONIELLO<br>United States Attorney<br><br>_____/s/_____<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declination to Proceed Before a Magistrate Judge
C 07-5353 WDB                                    2