**United States District Court**
For the Northern District of California

1

2

3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

4  BORJA,                                                    No. C 07-05353 TEH

5              Plaintiff,                                    **Clerk's Notice
                                                            Scheduling Case
6     v.                                                    Management Conference
                                                            on Reassignment**
7   HEINAUER, et al.,

8              Defendant.
                                          /
9

10  (Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on
    the attached certificate of service)
11

12  YOU ARE NOTIFIED THAT the Court has scheduled an *Initial Case Management Conference* for

13  **Monday, 03/17/08** at **1:30 PM** before the Honorable Thelton E. Henderson upon reassignment.

14  Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate

15  Avenue, San Francisco, CA  94102.   Not less than 7 days prior, counsel shall submit a joint case

16  management conference statement.

17

18  For a copy of Judge Henderson's Standing Order and other information, please refer to the Court's

19  website at **www.cand.uscourts.gov**.

20

21

22  Dated: January 11, 2008                                 FOR THE COURT,

23                                                          Richard W. Wieking, Clerk

24                                                          By:_____
                                                            R. B. Espinosa
25                                                          Deputy Clerk

26

27

28