1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 TERESITA BORJA,                        )
                                          ) No. C 07-5353 TEH
13           Plaintiff,                   )
                                          )
14      v.                                ) **PARTIES' JOINT REQUEST TO BE**
                                          ) **EXEMPT FROM FORMAL ADR**
15 GERARD HEINAUER, Director, USCIS       ) **PROCESS**
   Nebraska Service Center;               )
16 EMILIO T. GONZALEZ Director, USCIS,    )
   U.S. Citizenship and Immigration Services; )
17 MICHAEL CHERTOFF, Secretary,           )
   Department of Homeland Security;       )
18 ROBERT S. MUELLER, Director,           )
   Federal Bureau of Investigations;      )
19 PETER D. KEISLER, Acting U.S. Attorney )
   General,                               )
20                                        )
             Defendants.                  )
21 _____)

22      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

23 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

24 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

25 options provided by the court and private entities, and considered whether this case might benefit

26 from any of them.

27      Here, the parties agree that referral to a formal ADR process will not be beneficial because this

28 mandamus action is limited to Plaintiff's request that this Court compel Defendants to adjudicate

Parties' Request to be Exempt from ADR
C 07-5353 TEH                                    1

1  the application for adjustment of status.  Given the substance of the action and the lack of any
2  potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax
3  court resources.
4     Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
5  ADR Multi-Option Program and that they be excused from participating in the ADR phone
6  conference and any further formal ADR process.

7  Dated: January 11, 2008                    Respectfully submitted,

8                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney

10                                                    /s/
                                              EDWARD A. OLSEN
11                                            Assistant United States Attorney
                                              Attorneys for Defendants

13
   Dated: January 11, 2008                            /s/
14                                            ROBERT B. JOBE
                                              Attorney for Plaintiff

16                                   **ORDER**

17     Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR
18  Multi-Option Program and are excused from participating in the ADR phone conference and any
19  further formal ADR process.
20     **SO ORDERED.**
21  Dated:
                                              _____
                                              THELTON E. HENDERSON
22                                            United States District Judge

Parties' Request to be Exempt from ADR
C 07-5353 TEH                                 2