1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  TERESITA BORJA,                    )
                                       ) No. C 07-5353 TEH
13                  Plaintiff,         )
                                       )
14           v.                        ) **PARTIES' JOINT REQUEST TO BE**
                                       ) **EXEMPT FROM FORMAL ADR**
15  GERARD HEINAUER, Director, USCIS   ) **PROCESS**
    Nebraska Service Center;           )
16  EMILIO T. GONZALEZ Director, USCIS,)
    U.S. Citizenship and Immigration Services; )
17  MICHAEL CHERTOFF, Secretary,       )
    Department of Homeland Security;   )
18  ROBERT S. MUELLER, Director,       )
    Federal Bureau of Investigations;  )
19  PETER D. KEISLER, Acting U.S. Attorney )
    General,                           )
20                                     )
                    Defendants.        )
21  _____)

22      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

23  Resolution Procedures in the Northern District of California," or the specified portions of the ADR

24  Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

25  options provided by the court and private entities, and considered whether this case might benefit

26  from any of them.

27      Here, the parties agree that referral to a formal ADR process will not be beneficial because this

28  mandamus action is limited to Plaintiff's request that this Court compel Defendants to adjudicate

Parties' Request to be Exempt from ADR
C 07-5353 TEH                                    1

1 | the application for adjustment of status.  Given the substance of the action and the lack of any
2 | potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax
3 | court resources.
4 |     Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
5 | ADR Multi-Option Program and that they be excused from participating in the ADR phone
6 | conference and any further formal ADR process.

7 | Dated: January 11, 2008            Respectfully submitted,

8 |                                                               JOSEPH P. RUSSONIELLO
                                                              United States Attorney

10 |                                                               /s/
11 |                                                   EDWARD A. OLSEN
                                                 Assistant United States Attorney
                                                 Attorneys for Defendants

13 | Dated: January 11, 2008                          /s/
14 |                                                  ROBERT B. JOBE
                                                 Attorney for Plaintiff

16 | **ORDER**

17 |     Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR
18 | Multi-Option Program and are excused from participating in the ADR phone conference and any
19 | further formal ADR process.
20 | **SO ORDERED.**
21 | Dated:   01/16/08
22 |                                                  THELTON E. HENDERSON
                                                 United States District Judge

Parties' Request to be Exempt from ADR
C 07-5353 TEH                                      2