UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: March 17, 2008

**Case No:** C 07-05353 TEH

**Case Title**: BORJA v. HEINAUER, et al.

**Appearances:**

    For Plaintiff(s): Robert Jobe

    For Defendant(s): Edward Olsen

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported

### PROCEEDINGS

1. Initial Case Management Conference - held

MOTION/MATTER: ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                ( ) Taken under submission
                ( ) Withdrawn/Off Calendar
                (X) Continued to: **Monday, 06/09/08 @ 10:00 AM for Motion Hearing**

### SUMMARY

- The Court adopts briefing schedule proposed by the parties. Summary judgment motion to be filed by 04/18/08; opposition by 05/02/08; plaintiff's reply by 05/16/08; defendants' reply by 05/23/08; to be noticed for hearing on 06/09/08 at 10:00 AM.