```
1  Robert B. Jobe (Cal. State Bar #133089)
   LAW OFFICE OF ROBERT B. JOBE
2  550 Kearny St., Ste. 200
   San Francisco, CA 94108
3  Tel:   (415) 956-5513
   Fax:   (415) 840-0308
4  Email: bob@jobelaw.com

5  Attorney for Plaintiff.
```

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERESITA BORJA, | ) | No.   C 07-5353 TEH |
| Plaintiff, | ) | |
| v. | ) | |
| GERARD HEINAUER, ET AL, | ) | **STIPULATION TO EXTEND DATES; [PROPOSED] ORDER** |
| Defendants. | ) | |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1.    The plaintiff filed an action in this Court on October 19, 2007, seeking to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her application for adjustment of status (Form I-485).

    2.    Pursuant to a stipulation adopted by this Court on March 17, 2008, the parties agreed to a briefing schedule for cross-motions for summary judgment with the following due dates: plaintiff's motion due by April 18, 2008, defendants' opposition/cross-motion due by May 16, 2008, plaintiff's reply due by May 16, 2008 and defendants' reply due by May 23, 2008. A hearing was scheduled for June 9, 2008 at 10:00 a.m.

    3.    On November 5, 2007, USCIS issued a Notice of Intent to Deny plaintiff's application for adjustment of status and provided her with an opportunity to respond. Plaintiff has timely responded to USCIS's notice and is awaiting adjudicating of the matter.

Stipulation to Extend Date; [Proposed] Order
C 07-5353 TEH

4. Because the parties are attempting an administrative resolution to the matter, they respectfully stipulate that the Court extend the dates of the briefing schedule by 60 days, in order to allow USCIS an opportunity to issue a decision on plaintiff's application for adjustment of status. Accordingly, the parties respectfully request that, pursuant to their stipulation, the Court reset the briefing schedule and the hearing date as follows:

Plaintiff's Motion for Summary Judgment:   June 13, 2008

Defendants' Opposition/Cross-Motion for Summary Judgment: June 27, 2008

Plaintiff's Reply:   July 11, 2008

Defendants' Reply:   July 18, 2008

Motion Hearing :   August 11, 2008 at 10:00 a.m.

DATED:   April 16, 2008                    Respectfully submitted,

/s/
_____
ROBERT B. JOBE
Law Office of Robert B. Jobe
Attorney for Plaintiffs

DATED:   April 16, 2008                    SCOTT N. SCHOOLS
United States Attorney

/s/
_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Stipulation to Extend Date; [Proposed] Order
C 07-5353 TEH                               2

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the briefing schedule and motion hearing date are continued and reset as follows:

Plaintiff's Motion for Summary Judgment:   June 13, 2008

Defendants' Opposition/Cross-Motion for Summary Judgment: June 27, 2008

Plaintiff's Reply:   July 11, 2008

Defendants' Reply:   July 18, 2008

Motion Hearing :   August 11, 2008 at 10:00 a.m.

IT IS SO ORDERED.

DATED: _____

THELTON E. HENDERSON
United States District Judge