1  Robert B. Jobe (Cal. State Bar #133089)
   LAW OFFICE OF ROBERT B. JOBE
2  550 Kearny St., Ste. 200
   San Francisco, CA 94108
3  Tel:   (415) 956-5513
   Fax:   (415) 840-0308
4  Email: bob@jobelaw.com

5  Attorney for Plaintiff.

6
                UNITED STATES DISTRICT COURT FOR THE
7
                   NORTHERN DISTRICT OF CALIFORNIA
8

9  TERESITA BORJA,                    )      No.    C 07-5353 TEH
                                       )
10        Plaintiff,                   )
                                       )
11        v.                           )
                                       )
12  GERARD HEINAUER, ET AL,            )      **STIPULATION TO EXTEND DATES;**
                                       )      ~~**[PROPOSED**~~**] ORDER**
13        Defendants.                  )
   _____)

14        Plaintiff, by and through her attorney of record, and Defendants, by and through their

15  attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

16        1.     The plaintiff filed an action in this Court on October 19, 2007, seeking to compel

17  the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her application for

18  adjustment of status (Form I-485).

19        2.     Pursuant to a stipulation adopted by this Court on March 17, 2008, the parties

20  agreed to a briefing schedule for cross-motions for summary judgment with the following due

21  dates: plaintiff's motion due by April 18, 2008, defendants' opposition/cross-motion due by May

22  16, 2008, plaintiff's reply due by May 16, 2008 and defendants' reply due by May 23, 2008.  A

23  hearing was scheduled for June 9, 2008 at 10:00 a.m.

24        3.     On November 5, 2007, USCIS issued a Notice of Intent to Deny plaintiff's

25  application for adjustment of status and provided her with an opportunity to respond.  Plaintiff

26  has timely responded to USCIS's notice and is awaiting adjudicating of the matter.

27

28
   Stipulation to Extend Date; [Proposed] Order
   C 07-5353 TEH

4.     Because the parties are attempting an administrative resolution to the matter, they respectfully stipulate that the Court extend the dates of the briefing schedule by 60 days, in order to allow USCIS an opportunity to issue a decision on plaintiff's application for adjustment of status.  Accordingly, the parties respectfully request that, pursuant to their stipulation, the Court reset the briefing schedule and the hearing date as follows:

Plaintiff's Motion for Summary Judgment:   June 13, 2008

Defendants' Opposition/Cross-Motion for Summary Judgment: June 27, 2008

Plaintiff's Reply:        July 11, 2008

Defendants' Reply:      July 18, 2008

Motion Hearing :        August 11, 2008 at 10:00 a.m.

DATED:        April 16, 2008                Respectfully submitted,


                                                    /s/
                                            _____
                                            ROBERT B. JOBE
                                            Law Office of Robert B. Jobe
                                            Attorney for Plaintiffs


DATED:        April 16, 2008                SCOTT N. SCHOOLS
                                            United States Attorney

                                                    /s/
                                            _____
                                            EDWARD A. OLSEN
                                            Assistant United States Attorney
                                            Attorneys for Defendants

Stipulation to Extend Date; [Proposed] Order
C 07-5353 TEH                               2

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the briefing schedule and motion hearing date are continued and reset as follows:

Plaintiff's Motion for Summary Judgment:   June 13, 2008

Defendants' Opposition/Cross-Motion for Summary Judgment: June 27, 2008

Plaintiff's Reply:          July 11, 2008

Defendants' Reply:       July 18, 2008

Motion Hearing :         August 11, 2008 at 10:00 a.m.

IT IS SO ORDERED.

DATED:       April 18, 2008

IT IS SO ORDERED

Judge Thelton E. Henderson

THELTON E.
United States D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA