```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERESITA BORJA, <br><br> Plaintiff, <br><br> v. <br><br> GERARD HEINAUER, Director, USCIS Nebraska Service Center; <br> EMILIO T. GONZALEZ Director, USCIS, U.S. Citizenship and Immigration Services; <br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; <br> ROBERT S. MUELLER, Director, Federal Bureau of Investigations; <br> PETER D. KEISLER, Acting U.S. Attorney General, <br><br> Defendants. | No. C 07-5353-TEH <br><br> **SECOND STIPULATION TO EXTEND DATES; AND [PROPOSED] ORDER** |

    The plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the briefing schedule and hearing date in light of the following:

    (1) The plaintiff is a native and citizen of the Philippines who has been granted asylum by an Immigration Judge.

    (2) After receiving her grant of asylum, the plaintiff filed an I-485 application with the United States Citizenship and Immigration Services (USCIS) to adjust her status to lawful permanent

1  resident (commonly referred to as a "green card" holder) on February 16, 2001.

2     (3) The USCIS has not yet adjudicated the plaintiff's I-485 application.

3     (4) On April 28, 2008, the USCIS issued a Request for Evidence ("RFE"), asking the plaintiff

4  to provide documents regarding her medical status and history.

5     (5) The plaintiff intends to respond to the RFE within the next several weeks.

6     Accordingly, in order to give plaintiff an opportunity to reply to USCIS's RFE and to give

7  USCIS an opportunity to consider the plaintiff's response to the RFE, the parties respectfully ask

8  this Court to extend the briefing schedule and hearing date as follows:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | August 8, 2008 |
| Defendants' Opposition/Cross-Motion: | August 22, 2008 |
| Plaintiff's Repy/Opposition: | September 5, 2008 |
| Defendants' Reply: | September 12, 2008 |
| Hearing: | October 6, 2008 ~~September 29, 2008~~ at 10:00 a.m. |

Dated: June 13, 2008      Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


   /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants


Dated: June 13, 2008      /s/
ROBERT B. JOBE
Attorney for Plaintiff

SECOND STIPULATION TO EXTEND DATES
C 07-5353 TEH                            2

1

**ORDER**

2

Pursuant to stipulation, IT IS SO ORDERED.

3

4

Dated: June 16, 2008

5    _____
     THELTON E. HENDERSON
6    United States District Judge



SECOND STIPULATION TO EXTEND DATES
C 07-5353 TEH                                    3