1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12 TERESITA BORJA,                          )
                                            )  No. C 07-5353 TEH
13              Plaintiff,                  )
                                            )
14        v.                                )  **STIPULATION TO DISMISS; AND**
                                            )  **[PROPOSED] ORDER**
15 GERARD HEINAUER, Director, USCIS         )
   Nebraska Service Center;                 )
16 EMILIO T. GONZALEZ Director, USCIS,      )
   U.S. Citizenship and Immigration Services; )
17 MICHAEL CHERTOFF, Secretary,             )
   Department of Homeland Security;         )
18 ROBERT S. MUELLER, Director,             )
   Federal Bureau of Investigations;        )
19 PETER D. KEISLER, Acting U.S. Attorney   )
   General,                                 )
20                                          )
                Defendants.                 )
21 _____)

22

23     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

25 of the adjudication of Plaintiff's adjustment of status application (Form I-485).

26 ///

27 ///

28
   Stipulation to Dismiss
   C 07-5353 TEH                            1

1  Each of the parties shall bear their own costs and fees.

2  Dated: July 22, 2008  Respectfully submitted,

3  JOSEPH P. RUSSONIELLO
United States Attorney

4

5  _____/s/_____
EDWARD A. OLSEN
6  Assistant United States Attorney
Attorneys for Defendants

7

8

9  Date: July 22, 2008  _____/s/_____
ROBERT B. JOBE
10  Attorney for Plaintiff

11

12  **ORDER**

13  Pursuant to stipulation, IT IS SO ORDERED.

14

15  Date:  _____
THELTON E. HENDERSON
16  United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C 07-5353 TEH  2