1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12 TERESITA BORJA,                          )
                                            )  No. C 07-5353 TEH
13                Plaintiff,                )
                                            )
14         v.                               )  **STIPULATION TO DISMISS; AND**
                                            )  **[PROPOSED] ORDER**
15 GERARD HEINAUER, Director, USCIS         )
   Nebraska Service Center;                 )
16 EMILIO T. GONZALEZ Director, USCIS,      )
   U.S. Citizenship and Immigration Services;)
17 MICHAEL CHERTOFF, Secretary,             )
   Department of Homeland Security;         )
18 ROBERT S. MUELLER, Director,             )
   Federal Bureau of Investigations;        )
19 PETER D. KEISLER, Acting U.S. Attorney   )
   General,                                 )
20                                          )
                  Defendants.               )
21 _____)

22

23    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

25 of the adjudication of Plaintiff's adjustment of status application (Form I-485).

26 ///

27 ///

28
   Stipulation to Dismiss
   C 07-5353 TEH                              1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: July 22, 2008                                    Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

5 | _____/s/_____
EDWARD A. OLSEN
6 | Assistant United States Attorney
Attorneys for Defendants

9 | Date: July 22, 2008                                    _____/s/_____
ROBERT B. JOBE
10 | Attorney for Plaintiff

12 | **ORDER**

13 | Pursuant to stipulation, IT IS SO ORDERED.

15 | Date: 07/23/08                                    _____
THELTON E. HENDERSON
16 | United States District Judge

*[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]*

Stipulation to Dismiss
C 07-5353 TEH                                    2